The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10

11

SHIRLEY M. McGILVRAY, an Iowa
individual

12                            Plaintiff,

13        v.

14   RICHARD DYE, an individual, and
     AAMERICAN 3D ENTERPRISES, INC., a
15   Washington Corporation,

16                            Defendants.

17

Civil Action No. CV 05-0960

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND
COMPLAINT

18

19        This matter having come before the Court pursuant to Plaintiff Shirley M. McGilvray's

20   Motion for Leave to Amend Complaint, and the Court having considered all papers filed in

21   support of and in opposition to that motion, the Court concludes that the interests of justice

22   require that Shirley M. McGilvray be permitted to leave to amend the Complaint.

23        IT IS THERFORE ORDERED, pursuant to Rule 15(a) and the inherent authority of the

24   Court, that Plaintiff's Motion for Leave to Amend Complaint is GRANTED and Shirley M.

25   McGilvray may file her Second Amended Complaint for False Designation of Origin and Unfair

26

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1
2    Competition, Violation of the Consumer Protection Act and Interference with Business

3    Relations.

4            DATED this 7th day of November, 2005.

5                                                        s/James L. Robart
                                                         _____
6                                                        James L. Robart
                                                         United States District Judge
7
     Presented by:
8    s/ Richard R. Alaniz, WSBA No. 26,194
             Email: alaniz@blacklaw.com
9    Dale C. Barr, WSBA No. 24,696
     BLACK LOWE & GRAHAM^PLLC
10   701 Fifth Avenue, Suite 4800
     Seattle, WA 98104
11   Telephone: 206.381.3300
     Facsimile: 206.381.3301
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRATING
PLAINTIFF'S MOTION FOR
LEAVE TO AMEND
COMPLAINT - 2
Civil Action No. CV05-0960

MRAY-6-1001P13ORD.doc

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

**CERTIFICATE OF SERVICE**

2

I certify that on October 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

3

4

E. Russell Tarleton, Esq.
russt@seedIP.com
Seed IP
701 Fifth Avenue, Suite 6300
Seattle, WA 98104

5

6

7

s/ Richard R. Alaniz, WSBA No. 26,194
Email: alaniz@blacklaw.com

8

Black Lowe & Graham PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone: 206.381.3300
Facsimile: 206.381.3301

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRATING
PLAINTIFF'S MOTION FOR
LEAVE TO AMEND
COMPLAINT - 3

Civil Action No. CV05-0960

MRAY-6-1001P13ORD.doc

Black Lowe & Graham PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301