UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRLEY McGILVRAY

              Plaintiff,

    v.

RICKY DYE, et al.,

              Defendants.

CASE NO. C05-960JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Notice of Withdrawal filed by Dale Barr, counsel for Plaintiff and Counterclaim Defendants (Dkt. # 37) does not comply with this court's local rules. It does not comply with Local Rules W.D. Wash. GR 2(g)(4)(A), which requires a motion or stipulation to obtain leave of court for withdrawal. The court notes, moreover, that discovery in this matter has closed, and trial is just over a month away. Pursuant to GR 2(g)(4)(A), counsel must provide a justification for his untimely withdrawal. Until the court grants leave to withdraw, Mr. Barr shall continue as counsel of record.

Filed and entered this 14th day of September, 2006.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
      Deputy Clerk

MINUTE ORDER